IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DALE BECKETT,

        Plaintiff,

vs.                              Civil Action 2:04-CV-964
                                  Judge Sargus
                                  Magistrate Judge King

JACK FORD, Mayor of
Toledo, et al.,

        Defendants.

### ORDER

On March 31, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion for default judgment, Doc. No. 12, and defendants' motion to dismiss, Doc. No. 16, be denied. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no response to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's motion for default judgement, Doc. No. 12, and defendants' motion to dismiss, Doc. No. 16, are hereby **DENIED**

5-2-2005
Date

Edmund A. Sargus, Jr.
United States District Judge